Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.N.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10,<br><br>    Defendants. | Case No. 4:20-cv-08907-HSG<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (FRCP 15(a)(2)) AND TO EXTEND LINA'S DEADLINE TO FILE A RESPONSIVE PLEADING; ORDER**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   December 14, 2020 |

WHEREAS, Plaintiff G.N. ("Plaintiff") filed her Complaint in this action on December 14, 2020 (Docket No. 1);

WHEREAS, Plaintiff served the Complaint on Defendant Life Insurance Company of North America ("LINA") on January 13, 2021 (Docket No. 9);

WHEREAS, LINA timely obtained an extension of time to file its response to Plaintiff's Complaint until March 5, 2021 (Docket No. 11);

WHEREAS, LINA timely obtained a second extension of time to file its response to Plaintiff's Complaint until March 16, 2021 (Docket No. 17);

WHEREAS, the parties, through their respective counsel, have met and conferred regarding Plaintiff's request to file a First Amended Complaint;

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

176366.1

1

Case No. 4:20-cv-08907-HSG
STIPULATION TO FILE FAC AND EXTEND
LINA'S RESPONSIVE PLEADING DEADLINE

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff G.N. ("Plaintiff") is permitted to file the First Amended Complaint;

IT IS HEREBY FURTHER ORDERED that Defendant Life Insurance Company of North America's ("LINA") deadline to file a response to Plaintiff's First Amended Complaint is extended to April 5, 2021.

**IT IS SO ORDERED.**

Dated: 3/16/2021

Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

176366.1

4

Case No. 4:20-cv-08907-HSG
STIPULATION TO FILE FAC AND EXTEND
LINA'S RESPONSIVE PLEADING DEADLINE;
ORDER