1  David M. Lilienstein (Bar No. 218923)
   david@dllawgroup.com
2  Katie Joy Spielman (Bar No. 252209)
   katie@dllawgroup.com
3  DL LAW GROUP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Plaintiff
   G.N.
7
   Nicole Y. Blohm (Bar No. 177284)
8  nblohm@mmhllp.com
   Tatiana Semerjian Nunneri (Bar No. 300493)
9  tnunneri@mmhllp.com
   MESERVE, MUMPER & HUGHES LLP
10 1000 Wilshire Boulevard, Suite 1860
   Los Angeles, California 90017-2457
11 Telephone: (213) 620-0300
   Facsimile: (213) 625-1930
12
   Attorneys for Defendant
13 LIFE INSURANCE COMPANY OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.N., <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; and DOES 1 through 10, <br><br> Defendants. | Case No. 4:20-cv-08907-HSG <br><br> **STIPULATION TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE; ORDER** <br><br> **SCHEDULED CMC: July 6, 2021 at 2:00 p.m.** <br> **PROPOSED CMC DATE: July 20, 2021 at 2:00 p.m.** <br><br> Judge: Haywood S. Gilliam, Jr. <br><br> Complaint Filed: December 14, 2021 <br> FAC Filed: March 31, 2021 |

WHEREAS, on June 25, 2021 the Court set a telephonic Case Management Conference on July 6, 2021, at 2:00 p.m. and ordered Plaintiff G.N. ("Plaintiff") and Defendant LIFE INSURANCE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177141,1

1

Case No. 4:20-cv-08907-HSG
STIPULATION TO CONTINUE TELEPHONIC
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

1 COMPANY OF NORTH AMERICA ("LINA") to file a joint case management statement by July 2,
2 2021 (Doc. No. 33);

3     WHEREAS, lead trial counsel for LINA, Nicole Y. Blohm, will be on a pre-planned/paid for
4 trip out of the country on July 6, 2021, departing July 2, 2021 and returning July 17, 2021, and will
5 have limited access to phone and email during this time;

6     WHEREAS, counsel for Plaintiff and counsel for LINA have met and conferred and have
7 agreed to request that the Court briefly continue the Case Management Conference by 14-days, from
8 July 6, 2021 at 2:00 p.m. to July 20, 2020 at 2:00 p.m., so that Ms. Blohm is available to appear;

9     WHEREAS, the Parties agree that they will comply with the July 2, 2021 filing deadline for
10 their joint case management statement even if the Case Management Conference is continued.

11     IT IS HEREBY STIPULATED by and between Plaintiff and LINA, by and through their
12 respective attorneys of record, that the parties request the Case Management Conference currently
13 scheduled for July 6, 2021 at 2:00 p.m. be continued to July 20, 2021 at 2:00 p.m., or to a date after
14 July 17 that the Court is available.

15 **IT IS SO STIPULATED**.

16 Dated: June 30, 2021                  David M. Lilienstein
                                     Katie Joy Spielman
17                                          DL LAW GROUP

19                               By:    */s/ David M. Lilienstein*
20                                          David M. Lilienstein
                                         Attorneys for Plaintiff
21                                          G.N.

22 Dated: June 30, 2021                  Nicole Y. Blohm
                                     Tatiana Semerjian Nunneri
23                                      MESERVE, MUMPER & HUGHES LLP

25                               By:    */s/ Tatiana Semerjian Nunneri*
26
                                      Tatiana Semerjian Nunneri
27                                      Attorneys for Defendant
                                     LIFE INSURANCE COMPANY OF
28                                      NORTH AMERICA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

177141.1

2         Case No. 4:20-cv-08907-HSG
STIPULATION TO CONTINUE TELEPHONIC
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

Upon consideration of the Stipulation to Continue Telephonic Case Management Conference, and for good cause shown, the Court hereby grants the parties' Stipulation and ORDERS as follows:

The Case Management Conference currently scheduled for July 6, 2021 at 2:00 p.m. is continued to **July 20, 2021 at 2:00 p.m**. The Parties are to file their joint case management statement by **July 2, 2021**. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929

Passcode: 6064255

For call clarity, the parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated: 6/30/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177141.1

3

Case No. 4:20-cv-08907-HSG
STIPULATION TO CONTINUE TELEPHONIC
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER