1  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
2  Grant E. Ingram (Bar No. 242785)
   gingram@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 G.N.,                                    )   Case No. 4:20-cv-08907-HSG
                                            )
12            Plaintiff,                     )   **STIPULATION TO DISMISS ENTIRE**
                                            )   **ACTION WITHOUT PREJUDICE;**
13      vs.                                  )   **AND ORDER**
                                            )
14 LIFE INSURANCE COMPANY OF NORTH           )   Judge:   Hon. Haywood S. Gilliam, Jr.
   AMERICA; SOUTHERN CALIFORNIA             )
15 PERMANENTE MEDICAL GROUP; and            )   Complaint Filed:   December 14, 2020
   DOES 1 through 10,,                      )   FAC Filed: March 31, 2021
16                                          )
              Defendants.                    )
17 _____ )

18      Plaintiff G.N. and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

19 ("LINA") (collectively "the Parties") hereby Stipulate as follows:

20      The Parties have reached a settlement agreement regarding  attorneys' fees and costs, which

21 was the only remaining issue in this case.

22      The Parties request the Court to dismiss the case *without prejudice* at this time while they

23 finalize the settlement.

24      Once the settlement is finalized, the Parties will file a stipulation requesting the Court to

25 dismiss the entire action with prejudice.

26

27      **IT IS SO STIPULATED**.

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

179535.1

1    Dated:  September 15, 2022          David M. Lilienstein
Katie Joy Spielman
2                                            DL LAW GROUP

3

4                                     By:    */s/ David M. Lilienstein*
                                           David M. Lilienstein
5                                            Attorneys for Plaintiff G.N.

6

7

8    Dated:  September 15, 2022          Nicole Y. Blohm
Grant E. Ingram
9                                            MESERVE, MUMPER & HUGHES LLP

10

11                                     By:    */s/ Nicole Y. Blohm*
                                           Nicole Y. Blohm
12                                            Attorneys for Defendant
                                           LIFE INSURANCE COMPANY OF
13                                            NORTH AMERICA

14

15

16                           **Filer's Attestation - Local Rule 5-1(h)(3)**

17       The filing attorney attests that she has obtained concurrence regarding the filing of this

18   document and its content from the signatories to this document.

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

179535.1

2

Case No.  4:20-cv-08907-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITHOUT PREJUDICE; AND ORDER

1 | ***<u>ORDER</u>***

2    Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY

3 ORDERED that this action, Case No. 4:20-cv-08907-HSG, is dismissed in its entirety as to all

4 defendants without prejudice.

5    IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby

6 vacated and taken off the Court's calendar.

7    **IT IS SO ORDERED.**

8

9 Dated:    9/16/2022

  Hon. Haywood S. Gilliam, Jr.
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

179535.1

3

Case No.  4:20-cv-08907-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITHOUT PREJUDICE; AND ORDER