Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.N., <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; and DOES 1 through 10,, <br><br> Defendants. | Case No. 4:20-cv-08907-HSG <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. <br><br> Complaint Filed:   December 14, 2020 <br> FAC Filed: March 31, 2021 |

IT IS HEREBY STIPULATED, by and between Plaintiff G.N, Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA and Defendant SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

179506.1

1

Case No.  4:20-cv-08907-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  December 9, 2022       David M. Lilienstein
                               Katie Joy Spielman
                               DL LAW GROUP


                        By:   */s/ David M. Lilienstein*
                              David M. Lilienstein
                              Attorneys for Plaintiff G.N.


Dated:  December 9, 2022       Sam Schwartz-Fenwick
                               Caitlyn M. Crisp
                               SEYFARTH SHAW LLP


                        By:   */s/ Caitlyn M. Crisp*
                              Caitlyn M. Crisp
                              Attorneys for Defendant
                              SOUTHERN CALIFORNIA
                              PERMANENTE MEDICAL GROUP


Dated:  December 9, 2022       Nicole Y. Blohm
                               Grant E. Ingram
                               MESERVE, MUMPER & HUGHES LLP


                        By:   */s/ Grant E. Ingram*
                              Grant E. Ingram
                              Attorneys for Defendant
                              LIFE INSURANCE COMPANY OF
                              NORTH AMERICA


### Filer's Attestation - Local Rule 5-1(h)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179506.1

2

Case No.  4:20-cv-08907-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER

***ORDER***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:20-cv-08907-HSG, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: 12/12/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179506.1

3

Case No. 4:20-cv-08907-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER